**In re Adoption of Brenda FAYE and Gwendolyn Moody.**

**No. 48902.**

Nov. 6, 1967.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

203 So.2d 555

**Famie JOHNSON, Natural Tutrix of the minor, Mona Rita Chaney**

**v.**

**Charles J. MARSHALL et al.**

**No. 48944.**

Nov. 6, 1967.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

203 So.2d 555

**Leo BUTLER et al.**

**v.**

**The TRAVELERS INSURANCE COMPANY et al.**

**No. 48954.**

Nov. 6, 1967.

Application not considered. Not filed within the time specified by the Constitution and laws. See Section 11 of Article 7 of the Constitution; also R.S. 13:4450.